IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 1 8 2005
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05MJ66 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| WILLIAM ANDREWS, JR., | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize SHAWN M. GRIMSLEY, as a Criminal Justice Act Training Panel Member, to assist in the defense of WILLIAM ANDREWS, JR..

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, SHAWN M. GRIMSLEY is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. SHAWN M. GRIMSLEY shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, WILLIAM ANDREWS, JR.

Dated: April 18, 2005

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE