IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05MJ66 |
| v. | ) | |
| WILLIAM ANDREWS JR., and DENNIS E. CAMPBELL, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

It has come to this court's attention that Magistrate Judge F.A. Gossett was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for disposition of all matters relating to this case.

DATED this 19th day of April, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge