FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 10 2005

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| WILLIAM ANDREWS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ON THE COURT'S OWN MOTION, the initial appearance and arraignment on indictment of the defendant is continued to May 13, 2005 at 1:30 p.m. The defendant's Motion for Noncustodial Transportation and Authorized Per Diem to Defendant shall be applicable to this hearing. Defendant is indigent and is in need of noncustodial transportation and authorized per diem..

ACCORDINGLY, IT IS ORDERED that the U.S. Marshal shall provide noncustodial transportation for Defendant from Chicago, Illinois to arrive in Omaha, Nebraska no later than 9:00 a.m. on May 13, 2005, and return to Chicago, Illinois on May 13, 2005 at the conclusion of his hearing, and an amount of money for subsistence, not to exceed the authorized per diem.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
US Magistrate Judge