IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR139 |
| ) | |
| WILLIAM ANDREWS, JR., ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **July 6, 2005** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress Evidence or Alternatively, Dismiss the Indictment  [20]

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 3rd day of June, 2005.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge