IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR139 |
| ) | |
| WILLIAM ANDREWS, JR., ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence or Alternatively, Dismiss the Indictment [20] is rescheduled to **August 2, 2005** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 5th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge